UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Betty Jean Pinkston

Case No.: 18-20717

Hearing Date: 6/27/2018 at 10:00 a.m.

Judge: Michael B. Kaplan

ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 30, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the court <u>sua sponte</u> and it appearing that the within debtor has filed the following bankruptcy cases:

15-17470 filed on 4/23/2015

**IT IS ORDERED** that the debtor show cause before this court on 6/27/2018 at 10:00 a.m.

in the afternoon or as soon thereafter as the debtor may be heard in Courtroom 8, Second Floor of the Clarkson S. Fisher United States Courthouse why an order should not be entered providing as follows:

**Dismissing Case Number** _____18-20717_____.